| TO: Commissioner Of Patents<br>P.O. Box 1450<br>Alexandria, VA 22313    (571) 272-8800 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A<br>*PATENT* OR *TRADEMARK* |
|---|---|

In compliance with the provisions of 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Southern District** on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>08 cv 4071 | DATE FILED<br>4/30/08 | United States District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4150 |
|---|---|---|
| PLAINTIFF<br>U.S. Philips Corp., et al | | DEFENDANT<br>Optical Experts Manufacturing Inc. et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 5,068,846 | 11/26/91 | U.S. Philips Corporation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1   Upon *initiation* of action, mail this copy to Commissioner
Copy 2   Upon *filing document adding patent(s)*, mail this copy to Commissioner
Copy 3   Upon *termination of action*, mail this copy to Commissioner
Copy 4   Case file Copy