# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

U.S. Philips Corporation and Koninklijke Philips Electronics N.V.

                            Plaintiff,

-v-

Optical Experts Manufacturing, Inc.; Brilliance Audio, Inc.; Raymond Bernard Zerrusen; Clifford Steven Boyd; and John Does No. 1 through 100

                            Defendant.

Case No. _____

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for U.S. Philips Corporation and Koninklijke Philips Electronics N.V. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

| | |
|---|---|
| U.S. Philips Corporation | 100% ownership in plaintiff |
| Koninklijke Philips Electronics N.V. | 100% ownership in plaintiff |

Date: 4/30/2008

Signature of Attorney

Attorney Bar Code: EJ-5259