SCANNED

**United States District Court**
**Southern District of New York**

---

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION

<table>
<tr><td>Plaintiffs</td><td>7:08-cv-04071-KMK</td></tr>
<tr><td>-against-</td><td><strong>MOTION TO ADMIT COUNSEL<br>PRO HAC VICE</strong></td></tr>
</table>

OPTICAL EXPERTS, MANUFACTURING, INC.,
BRILLIANCE AUDIO, INC., RAYMOND BERNARD
ZERRUSEN, CLIFFORD STEVEN BOYD,
and John Does No. 1 through 100.

Defendants

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Christopher J. Houpt, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of

| | |
|---|---|
| Applicant's Name: | Vincent P. Kovalick |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address: | 901 New York Avenue, NW |
| City/State/Zip: | Washington, DC 20001 |
| Phone Number: | (202) 408-4000 |
| Fax Number: | (202) 408-4400 |

Vince. Kovalick @ finnegan com

Vincent P. Kovalick is a member in good standing of the Bar of the State of Virginia and

the District of Columbia.  There is no pending disciplinary proceedings against Vincent P.

Kovalick in any State of Federal court.

Dated: May **30**, 2008 New York, New York

Respectfully submitted,

Christopher J. Houpt
New York State Bar No. 723128
MAYER BROWN LLP
1675 Broadway

New York, New York 10019
Tel: (212) 506-2380
Fax: (212) 849-5830