SCANNED

United States District Court
Southern District of New York

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION

                Plaintiffs                 7:08-cv-04071-KMK

-against-                 **MOTION TO ADMIT COUNSEL PRO HAC VICE**

OPTICAL EXPERTS, MANUFACTURING, INC.,
BRILLIANCE AUDIO, INC., RAYMOND BERNARD
ZERRUSEN, CLIFFORD STEVEN BOYD,
and John Does No. 1 through 100.

                Defendants

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christopher J. Houpt, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Samuel C. Bass |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address: | 901 New York Avenue, NW |
| City/State/Zip: | Washington, DC 20001 |
| Phone Number: | (202) 408-4000 |
| Fax Number: | (202) 408-4400 |

Samuel.bass@finnegan.com

Samuel C. Bass is a member in good standing of the Bar of the State of Virginia. There is no pending disciplinary proceedings against Samuel C. Bass in any State of Federal court.

Dated: May 30, 2008 New York, New York

                                        Respectfully submitted,

                                        Christopher J. Houpt
                                        New York State Bar No. 723128
                                        MAYER BROWN LLP
                                        1675 Broadway
                                        New York, New York 10019

Tel: (212) 506-2380
Fax: (212) 849-5830