**United States District Court**
**Southern District of New York**

---

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION

                    Plaintiffs                    7:08-cv-04071-KMK

          -against-                    **MOTION TO ADMIT COUNSEL**
                                       **PRO HAC VICE**

OPTICAL EXPERTS, MANUFACTURING, INC.,
BRILLIANCE AUDIO, INC., RAYMOND BERNARD
ZERRUSEN, CLIFFORD STEVEN BOYD,                    SCANNED
and John Does No. 1 through 100.

---

                    Defendants

---

        PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Christopher J. Houpt, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of

| | |
|---|---|
| Applicant's Name: | John F. Hornick |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address: | 901 New York Avenue, NW |
| City/State/Zip: | Washington, DC 20001 |
| Phone Number: | (202) 408-4000 |
| Fax Number: | (202) 408-4400 |

John. hornick@ finnegan. com

John F. Hornick is a member in good standing of the Bar of the State of District of

Columbia. There is no pending disciplinary proceedings against John F. Hornick in any State of

Federal court.

Dated: May 30, 2008 New York, New York



                              Respectfully submitted,

                              _____
                              Christopher J. Houpt
                              New York State Bar No. 723128
                              MAYER BROWN LLP
                              1675 Broadway

New York, New York 10019
Tel: (212) 506-2380
Fax: (212) 849-5830