**United States District Court**
**Southern District of New York**

---

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION

                       Plaintiffs              7:08-cv-04071-KMK

-against-                **ORDER FOR ADMISSION**
                                                                 **PRO HAC VICE**

OPTICAL EXPERTS, MANUFACTURING, INC.,
BRILLIANCE AUDIO, INC., RAYMOND BERNARD
ZERRUSEN, CLIFFORD STEVEN BOYD,
and John Does No. 1 through 100.

                       Defendants

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Upon the motion of Christopher J. Houpt attorney for Plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Vincent P. Kovalick |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address: | 901 New York Avenue, NW |
| City/State/Zip: | Washington, DC 20001 |
| Phone No.: | (202) 408-4000     Fax No: (202) 408-4400 |
| Email Address: | vince.kovalick@finnegan.com |

is admitted to practice pro hac vice as counsel for Plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: White Plains, NY
June 18, 2008

SO ORDERED:
Hon. Kenneth H. Karas, USDJ