UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>OPTICAL EXPERTS MANUFACTURING INC.; BRILLIANCE AUDIO, INC.; CADMUS COMMUNICATIONS CORPORATION; RAYMOND BERNARD ZERRUSEN, an individual; CLIFFORD STEVEN BOYD, an individual; and John Does No. 1 through 100,<br><br>        Defendants and<br>        Counterclaim Plaintiffs. | Civil Action No.08-cv-4071(KMK)<br><br>ECF Case<br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for a private, non-governmental corporate party certifies that there are no corporate parents, subsidiaries or affiliates of that party which are publicly held.

                            COOPER & DUNHAM LLP

Date:  June 26, 2008          By:  s/ Ivan S. Kavrukov
                                      Ivan Kavrukov (IK-4452)
                                      William E. Pelton (WP-1850)
                                      Tonia A. Sayour (TS-7208)
                                      Gregory J. Carbo (GC-8459)
                                      1185 Avenue of the Americas
                                      New York, New York 10036
                                      Tel:  (212) 278-0400
                                      Fax:  (212) 391-7550
                                      ikavrukov@cooperdunham.com

gcarbo@cooperdunham.com

Attorneys for Defendants Optical Experts Manufacturing, Inc.; Raymond Bernard Zerrusen ; and Clifford Steven Boyd