UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>v.<br><br>OPTICAL EXPERTS MANUFACTURING INC.; BRILLIANCE AUDIO, INC.; CADMUS COMMUNICATIONS CORPORATION; RAYMOND BERNARD ZERRUSEN, an individual; CLIFFORD STEVEN BOYD, an individual; and John Does No. 1 through 100,<br><br>        Defendants and<br>        Counterclaim Plaintiffs. | Civil Action No.08-cv-4071(KMK)<br><br>ECF Case<br><br>**RULE 7.1 STATEMENT** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for a private, non-governmental corporate party, Brilliance Audio, Inc., certifies that there are no corporate parents, subsidiaries or affiliates of that party which are publicly held, except for **Amazon.com**.

                                        COOPER & DUNHAM LLP

Date:  June 26, 2008                    By: s/ Ivan S. Kavrukov
                                                      Ivan Kavrukov (IK-4452)
                                                        William E. Pelton (WP-1850)
                                                       Tonia A. Sayour (TS-7208)
                                                       Gregory J. Carbo (GC-8459)
                                                       1185 Avenue of the Americas
                                                       New York, New York 10036
                                                       Tel:  (212) 278-0400

Fax: (212) 391-7550
ikavrukov@cooperdunham.com
gcarbo@cooperdunham.com

Attorneys for Defendant Brilliance Audio, Inc.