IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | |
| Plaintiffs, | Civil Action No.08-cv-4071(KMK) |
| v. | ECF Case |
| OPTICAL EXPERTS MANUFACTURING INC.; BRILLIANCE AUDIO, INC.; CADMUS COMMUNICATIONS CORPORATION; RAYMOND BERNARD ZERRUSEN, an individual; CLIFFORD STEVEN BOYD, an individual; and John Does No. 1 through 100, | |
| Defendants and Counterclaim Plaintiffs. | |

**NOTICE OF MOTION AND MOTION TO DISMISS PATENT INFRINGEMENT CLAIMS AGAINST BRILLIANCE AUDIO, INC.**

PLEASE TAKE NOTICE that that on a date and at a time to be determined by the Court, defendant Brilliance Audio, Inc., through its undersigned counsel, will appear before the Court at the United States District Court for the Southern District of New York, United States Courthouse at 300 Quarropas Street in White Plains, New York, before the Honorable Kenneth M. Karas, United States District Judge, for an Order pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure granting its motion to dismiss the Second Count of the First Amended Complaint and granting such other and further relief as the Court may deem just and proper.

This motion is based upon the accompanying Joint Memorandum of Law in support of this Motion and the exhibit attached thereto and all the pleadings to date.

                                          Respectfully submitted,

                                          COOPER & DUNHAM LLP

Dated: June 26, 2008                /s/ Ivan S. Kavrukov
                                          Ivan Kavrukov (IK 4452)
                                          William E. Pelton (WP 1850)
                                          Tonia A. Sayour (TS 7208)
                                          Gregory J. Carbo (GC 8459)
                                          1185 Avenue of the Americas
                                          New York, New York 10036
                                          Tel: (212) 278-0400
                                          Fax: (212) 391-7550
                                          ikavrukov@cooperdunham.com
                                          wpelton@cooperdunham.com
                                          tsayour@cooperdunham.com
                                          gcarbo@cooperdunham.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of June, 2008, I electronically filed the foregoing **NOTICE OF MOTION AND MOTION TO DISMISS PATENT INFRINGEMENT CLAIMS AGAINST BRILLIANCE AUDIO, INC.** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Edward D. Johnson
    MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
    3000 El Camino Real
    Palo Alto, California 94306-2112
    wjohnson@mayerbrown.com

    Vince P. Kovalick
    John F. Hornick
    Samuel C. Bass
    FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
    901 New York Avenue, N.W.
    Washington, D.C. 20001
    vince.kovalick@finnegan.com
    John.Hornick@finnegan.com
    Samuel.Bass@finnegan.com

    Christopher J. Houpt
    MAYER BROWN LLP
    1675 Broadway
    New York, New York 10019
    choupt@mayerbrown.com

                                            /s/ Ivan S. Kavrukov
                                            Ivan S. Kavrukov