IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | |
| Plaintiffs, | Civil Action No.08-cv-4071(KMK) |
| v. | ECF Case |
| OPTICAL EXPERTS MANUFACTURING INC.; BRILLIANCE AUDIO, INC.; CADMUS COMMUNICATIONS CORPORATION; RAYMOND BERNARD ZERRUSEN, an individual; CLIFFORD STEVEN BOYD, an individual; and John Does No. 1 through 100, | **NOTICE OF APPEARANCE** |
| Defendants and Counterclaim Plaintiffs. | |

**TO THE CLERK OF THE COURT:**

Please enter the appearance of William E. Pelton, Esq., Cooper & Dunham LLP, 1185 Avenue of the Americas, New York, New York 10036, as counsel for defendants Optical Experts Manufacturing Inc.; Brilliance Audio, Inc.; Raymond Bernard Zerrusen; and Clifford Steven Boyd in the above-entitled action.

                                        COOPER & DUNHAM LLP

Date: July 15, 2008              By: s/ William E. Pelton
                                        William E. Pelton (WP-1850)
                                        1185 Avenue of the Americas
                                        New York, New York 10036
                                        Tel: (212) 278-0400
                                        Fax: (212) 391-7550
                                        wpelton@cooperdunham.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 15th day of July, 2008, a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

     Christopher J. Houpt
     MAYER BROWN LLP
     1675 Broadway
     New York, New York 10019
     choupt@mayerbrown.com

     Edward D. Johnson
     MAYER BROWN LLP
     Two Palo Alto Square, Suite 300
     3000 El Camino Real
     Palo Alto, California 94306-2112
     wjohnson@mayerbrown.com

     Vince P. Kovalick
     John F. Hornick
     Samuel C. Bass
     FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
     901 New York Avenue, N.W.
     Washington, D.C. 20001
     vince.kovalick@finnegan.com
     John.Hornick@finnegan.com
     Samuel.Bass@finnegan.com

                                                                 s/ William E. Pelton
                                                                William E. Pelton