IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | |
| Plaintiffs, | Civil Action No.08-cv-4071(KMK) |
| v. | ECF Case |
| OPTICAL EXPERTS MANUFACTURING INC.; BRILLIANCE AUDIO, INC.; CADMUS COMMUNICATIONS CORPORATION; RAYMOND BERNARD ZERRUSEN, an individual; CLIFFORD STEVEN BOYD, an individual; and John Does No. 1 through 100, | **NOTICE OF APPEARANCE** |
| Defendants and Counterclaim Plaintiffs. | |

**TO THE CLERK OF THE COURT:**

Please enter the appearance of Tonia A. Sayour, Esq., Cooper & Dunham LLP, 1185 Avenue of the Americas, New York, New York 10036, as counsel for defendants Optical Experts Manufacturing Inc.; Brilliance Audio, Inc.; Raymond Bernard Zerrusen; and Clifford Steven Boyd in the above-entitled action.

                                  COOPER & DUNHAM LLP

Date:  July 15, 2008                By:  s/ Tonia A. Sayour
                                                   Tonia A. Sayour (TS-7208)
                                                   1185 Avenue of the Americas
                                                   New York, New York 10036
                                                   Tel:  (212) 278-0400
                                                   Fax:  (212) 391-7550
                                                   tsayour@cooperdunham.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th day of July, 2008, a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

  Christopher J. Houpt
  MAYER BROWN LLP
  1675 Broadway
  New York, New York 10019
  choupt@mayerbrown.com

  Edward D. Johnson
  MAYER BROWN LLP
  Two Palo Alto Square, Suite 300
  3000 El Camino Real
  Palo Alto, California 94306-2112
  wjohnson@mayerbrown.com

  Vince P. Kovalick
  John F. Hornick
  Samuel C. Bass
  FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
  901 New York Avenue, N.W.
  Washington, D.C. 20001
  vince.kovalick@finnegan.com
  John.Hornick@finnegan.com
  Samuel.Bass@finnegan.com

               s/ Tonia A. Sayour
               Tonia A. Sayour