IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | |
| Plaintiffs, | Civil Action No.08-cv-4071(KMK) |
| v. | ECF Case |
| OPTICAL EXPERTS MANUFACTURING INC.; BRILLIANCE AUDIO, INC.; CADMUS COMMUNICATIONS CORPORATION; RAYMOND BERNARD ZERRUSEN, an individual; CLIFFORD STEVEN BOYD, an individual; and John Does No. 1 through 100, | **NOTICE OF APPEARANCE** |
| Defendants and Counterclaim Plaintiffs. | |

**TO THE CLERK OF THE COURT:**

Please enter the appearance of Gregory J. Carbo, Esq., Cooper & Dunham LLP, 1185 Avenue of the Americas, New York, New York 10036, as counsel for defendants Optical Experts Manufacturing Inc.; Brilliance Audio, Inc.; Raymond Bernard Zerrusen; and Clifford Steven Boyd in the above-entitled action.

                                            COOPER & DUNHAM LLP

Date:  July 15, 2008             By: s/ Gregory J. Carbo
                                                Gregory J. Carbo (GC-8459)
                                                1185 Avenue of the Americas
                                                New York, New York 10036
                                                Tel:  (212) 278-0400
                                                Fax:  (212) 391-7550
                                                gcarbo@cooperdunham.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2008, a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Christopher J. Houpt
>MAYER BROWN LLP
>1675 Broadway
>New York, New York 10019
>choupt@mayerbrown.com
>
>Edward D. Johnson
>MAYER BROWN LLP
>Two Palo Alto Square, Suite 300
>3000 El Camino Real
>Palo Alto, California 94306-2112
>wjohnson@mayerbrown.com
>
>Vince P. Kovalick
>John F. Hornick
>Samuel C. Bass
>FINNEGAN, HENDERSON, FARABOW,
>GARRETT & DUNNER, L.L.P.
>901 New York Avenue, N.W.
>Washington, D.C. 20001
>vince.kovalick@finnegan.com
>John.Hornick@finnegan.com
>Samuel.Bass@finnegan.com

                                         s/ Gregory J. Carbo
                                         Gregory J. Carbo