STEARNS, S.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
KONINKLIJKE PHILIPS ELECTRONICS N.V.
and U.S. PHILIPS CORPORATION,
                                    Plaintiffs,

-against-

CINRAM INTERNATIONAL INC., et al.,

THE ADS GROUP, et al.,

ENTERTAINMENT DISTRIBUTION
COMPANY (USA) LLC, et al.,

OPTICAL EXPERTS MANUFACTURING
INC., et al.,
                                    Defendants.
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/13
```

## AMENDED JUDGMENT

08 **CIVIL** 00515 (RGS)

08 **CIVIL** 04068 (RGS)

08 **CIVIL** 04070 (RGS)

08 **CIVIL** 04071 (RGS)

A Jury Trial before the Honorable Richard G. Stearns, United States District Judge, Sitting

by Designation, having begun on February 19, 2013, and at the conclusion of the trial, on March 1,

2013, the jury having rendered a verdict in favor of the plaintiffs that it is more probable than not

that defendants The ADS Group ("ADS"), American Media International ("AMI"), Entertainment

Distribution Company (USA) LLC and/or Entertainment Distribution Company ("EDC"), Optical

Experts Manufacturing ("OEM"), and Universal Music Group Manufacturing & Logistics

("Universal") infringed claims 1 - 4 ("claims") of U.S. Patent No. 5,068,846 (the "Philips patent"),

the the jury also having found in favor of the plaintiffs that it is more probable than not that

Universal has directly infringed by inducing EDC to infringe the claims of the Philips patent, and

the jury also having found in favor of the plaintiffs that infringement was willful as to EDC and

Universal;

FURTHER, the jury having found that defendants failed to prove by clear and convincing evidence that Claims 1 - 4 of the Philips '846 patent are invalid based upon anticipation, obviousness, or lack of written description, it is,

**ORDERED, ADJUDGED AND DECREED:** That it is more probable than not that defendants ADS, AMI, EDC, OEM, and Universal infringed the claims of the Philips patent; that it is more probable than not that Universal has directly infringed by inducing EDC to infringe the claims of the Philips patent; and that infringement was willful as to EDC and Universal.

**DATED:** New York, New York
March **12** , 2013

**RUBY J. KRAJICK**

So Ordered:

_____
Clerk of Court

_____
U.S.D.J.

BY:

_____
**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____